UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------x

UNITED STATES

    -v-                               No.   23 CR 80-LTS

YOLANDA LAWRENCE,  PHYA SCOTT

          Defendants.

--------------------------------------------------------x

### ORDER

       The pretrial conference in this case is scheduled to proceed on **June 27, 2023, at 12:00 pm** in Courtroom 17C.  The parties' attention is directed to the attached information regarding courthouse entry, and to the Court's policies regarding courthouse entry and COVID-19 test reporting protocols, which are available on the Court's website, at

https://www.nysd.uscourts.gov/covid-19-coronavirus.

       The parties are directed to email Chambers at SwainNYSDCorresp@nysd.uscourts.gov any documents they would like the Court to consider during or in connection with the proceeding at least 24 hours in advance of the proceeding.

       SO ORDERED.

Dated: New York, New York
      June 26, 2023

                                   __/s/ Laura Taylor Swain_____
                                   LAURA TAYLOR SWAIN
                                   Chief United States District Judge