UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X

UNITED STATES OF AMERICA


   -v-                                       No. 23CR80-LTS


YOLANDA LAWRENCE  (6),

                  Defendant.

-------------------------------------------------------------X


**ORDER**


     Christopher D. Wright, Esq.,  is relieved as CJA counsel for the defendant.  Glenn A. Garber, Esq., is now appointed as CJA counsel for the defendant in the above-captioned matter.


     SO ORDERED.


Dated:  New York, New York
        June 27, 2023


                              */s/  Laura Taylor Swain*
                              LAURA TAYLOR SWAIN
                              Chief United States District Judge