UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------------x

UNITED STATES

   -v-                                                                                                            No.   23-CR-80-LTS-6

YOLANDA LAWRENCE,

        Defendant.

-------------------------------------------------------x

ORDER

A pretrial conference in this case is scheduled to proceed on **Wednesday, September 13, 2023, at 3:00 pm** in Courtroom 17C.  The parties' attention is directed to the attached information regarding courthouse entry, and to the Court's policies regarding courthouse entry and COVID-19 test reporting protocols, which are available on the Court's website, at https://www.nysd.uscourts.gov/covid-19-coronavirus.

The parties are directed to email Chambers at SwainNYSDCorresp@nysd.uscourts.gov any documents they would like the Court to consider during or in connection with the proceeding at least 24 hours in advance of the proceeding.

       SO ORDERED.

Dated: New York, New York
       September 12, 2023

                                                                     /s/ Laura Taylor Swain
                                                                  LAURA TAYLOR SWAIN
                                                                  Chief United States District Judge