UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------x

UNITED STATES OF AMERICA

   -v-                                                                       No.   23-CR-80-LTS-6

YOLANDA LAWRENCE,

        Defendant.

-------------------------------------------------------x

## ORDER

The Court has held November 28, 2023, at 11:00 AM as a potential date for an evidentiary hearing in connection with any defense motions filed in this case. Because the defense has filed no motions and the November 20, 2023, filing deadline has passed, the evidentiary hearing is cancelled.

The next pretrial conference in this case is scheduled to proceed on **January 17, 2024, at 11:30 AM** in Courtroom 17C.

SO ORDERED.

Dated: New York, New York
       November 21, 2023

                                                                        __/s/   Laura Taylor Swain____
                                                                        LAURA TAYLOR SWAIN
                                                                        Chief United States District Judge