UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------x

UNITED STATES

   -v-                                                                      No.   23 CR 80-LTS

YOLANDA LAWRENCE

       Defendant.

--------------------------------------------------------x

<u>ORDER</u>

In light of the order of <u>nolle</u> <u>prosequi</u> entered at docket entry no. 242, the status

conference in this case, currently scheduled to proceed on July 24, 2024, at 11:30 AM in

Courtroom 17C, is hereby cancelled.

SO ORDERED.

Dated: New York, New York
      July 18, 2024

                                                     _/s/ Laura Taylor Swain_____
                                                     LAURA TAYLOR SWAIN
                                                     Chief United States District Judge